UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.                                             Civil No. 07-12634
                                                    Honorable Robert H. Cleland
                                                    Magistrate R. Steven Whalen

SIX THOUSAND FOUR HUNDRED
FIFTY-SEVEN DOLLARS IN UNITED
STATES CURRENCY ($6,457.00),

                Defendant.
_____/

**STIPULATION TO STAY CIVIL FORFEITURE PROCEEDING**

Plaintiff, the United States of America, and Claimants, by and through their respective, undersigned attorneys, hereby acknowledge that a related criminal investigation and/or criminal proceeding is currently pending and stipulate to the entry of an order for a stay of the above-captioned civil forfeiture proceeding pursuant to 18 U.S.C. §981(g)(1), or alternatively, 18 U.S.C. §981(g)(2), or both, on the grounds that continuation of the civil proceeding may negatively impact one or both parties as described in the cited statutes; and that the stay continue for a period of ninety (90) days from and after the date of the entry of the accompanying Order during the pendency of the related criminal investigation, the related criminal proceeding, or both, or until further order

1

of the Court as provided in the accompanying Order.


STEPHEN J. MURPHY
United States Attorney



s/T.N. ZIEDAS                                    s/with consent of EARL E. WARD

Assistant United States Attorney                 Attorney for Claimants
211 West Fort Street, Suite 2001                 10242 Joseph Campau
Detroit, Michigan 48226                          Hamtramck, MI. 48212-3298
(313)- 226-9573                                  (313)-873-6200
Email: peter.ziedas@usdoj.gov
[P-34653]

Dated:  11/9/2007                                Dated: 11/9/2007











*(Stipulation to Stay Civil Forfeiture Proceeding; Civil Case No. 07-126340)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　Civil No. 07-12634
　　　　　　　　　　　　　　　　　　　　　　Honorable Robert H. Cleland
　　　　　　　　　　　　　　　　　　　　　　Magistrate R. Steven Whalen

SIX THOUSAND FOUR HUNDRED
FIFTY-SEVEN DOLLARS IN UNITED
STATES CURRENCY ($6,457.00),

        Defendant.
_____/

## ORDER STAYING CIVIL FORFEITURE PROCEEDINGS

Upon the accompanying Stipulation to Stay Civil Forfeiture Proceeding, and it appearing that good cause for the stay has been shown given that the United States is conducting a criminal investigation related to the instant civil forfeiture case that may result in the commencement of a criminal case, and the Court being otherwise fully advised in the premises, now, therefore;

**IT IS HEREBY ORDERED** that all proceedings in this civil forfeiture case shall be stayed from for a period of ninety (90) days from and after the date of the entry of this Order during the pendency or the related criminal investigation, the related criminal case, or both, or until further order of the Court, without prejudice to either party to seek an advance termination or an extension of the stay.

3

**IT IS FURTHER ORDERED** that upon termination of the stay, the parties shall be afforded

a reasonable time to conclude discovery, file dispositive motions, and file all witness lists prior to

any pretrial or trial proceedings.


                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: November 15, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 15, 2007, by electronic and/or ordinary mail.

                                                  S/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522

Dated:_____                      _____
                                            HONORABLE ROBERT H. CLELAND
                                            United States District Judge